**TRANSCRIPT ORDER FORM (DKT-13)** <span style="color:red">**READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING**</span>

District Court <u>Eastern District of Texas, Sherman Division</u>    District Court Docket No. <u>4:25-CV-56</u>

Short Case Title <u>Cooley v. Union Pacific Railroad Company</u>

**ONLY ONE COURT REPORTER PER FORM** Court Reporter <u>n/a</u>

Date Notice of Appeal Filed in the District Court <u>April 13, 2026</u>    Court of Appeals No. <u>26-40211</u>

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

■No hearings ■Transcript is unnecessary for appeal purposes □Transcript is already on file in the Clerk's Office
  **OR**
  **Check all of the following that apply, include date of the proceeding**.
  This is to order a transcript of the following proceedings: □Bail Hearing _____ □Voir Dire _____
□Opening Statement of Plaintiff _____ □Opening Statement of Defendant _____
□Closing Argument of Plaintiff _____ □Closing Argument of Defendant:_____
□Opinion of court _____ □Jury Instructions _____ □Sentencing _____
Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

<span style="color:red">**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**</span>

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**

□Private Funds;    □Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
□Other IFP Funds;    □Advance Payment Waived by Reporter;    □U.S. Government Funds

□Other_____

Signature<u>    /s/ Donald E. Uloth    </u> Date Transcript Ordered <u>n/a</u>

Print Name<u>Donald E. Uloth</u>    Phone <u>(214) 989-4396</u>

Counsel for<u>Appellant, Jeffrey Todd Cooley</u>

Address<u>18208 Preston Rd., St. D-9 # 261, Dallas, TX 75252</u>

Email of Attorney: <u>don.uloth@uloth.pro</u>

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
|  |  |  |  |

Payment arrangements have NOT been made or are incomplete.

Reason: □Deposit not received □Unable to contact ordering party □Awaiting creation of CJA 24 eVoucher

        □Other (Specify) _____

Date _____ Signature of Reporter _____Tel._____

Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

        This is to certify that the transcript has been completed and filed at the District Court today.

    Actual Number of Pages _____    Actual Number of Volumes_____

Date _____ Signature of Reporter _____