LAW OFFICE OF DONALD E. ULOTH
18208 Preston Road, Suite D-9 # 261
Dallas, Texas 75252

DONALD E. ULOTH
Attorney

Phone: (214) 989-4396
Email: don.uloth@uloth.pro

October 28, 2026

Lyle W. Cayce, Clerk
Fifth Circuit Court of Appeals
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

Re: Case No. 26-40211 Cooley v. Union Pacific
USDC No. 4:25-CV-56
**Appellant's Notice of Supplemental Authority**

Dear Mr. Cayce:

Pursuant to Fed. R. App. P. 28(j) and 5th Cir. R. 28.4, Appellant submits this letter to inform the Court of a recent case addressing an issue before the Court in this case. The new case is *Bien v. Union Pac. R.R. Co.*, No. 26-40061, 2026 WL 3205795 (5th Cir. Oct. 26, 2026) (published).

In the present case, this Court must decide whether the class definition used to certify the class in *Harris v. Union Pacific Railroad Company* (D. Neb. 2019) unambiguously excluded Cooley. If he was excluded, *American Pipe* tolling of his claims ended, and his claims are barred by limitations. But if he was not excluded, tolling continued, and his claims are timely.

*Bien* presented the same question. Like Cooley, Bien was a Union Pacific conductor removed from service after the railroad decided he had a disqualifying disability. Like Cooley, Bien was a putative class member in the *Harris* case. The Court analyzed the revised class definition and found Bien was not unambiguously excluded from the class. Thus, tolling of his claims continued, so his claims were not barred by limitations. *Bien*, 2026 WL 3205795, at *6 (finding exclusion was not "so unambiguously clear that a bystander plaintiff such as Bien would have recognized his exclusion with no plausible contrary argument."). The Fifth Circuit therefore reversed the lower court's order dismissing the case, and remanded for further proceedings. *Id.*

Although the underlying facts of the two cases differ, *Bien's* analysis of the revised class definition is directly applicable to the present case.

*Bien* is a published opinion, so it is my understanding I do not need to provide copies to the Court, but please let me know if there is anything further I can do.

Very truly yours,

/s/ Donald E. Uloth

Donald E. Uloth

Cc: Jimmie L. Pinkham III, Counsel for Appellee (via CM/ECF)